HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WASTE ACTION PROJECT,<br><br>Plaintiff,<br>v.<br><br>MACDONALD – MILLER FACILITY SOLUTIONS LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02529-JNW<br><br>~~[PROPOSED]~~ CONSENT DECREE |

## I. STIPULATIONS

WHEREAS, Plaintiff Waste Action Project filed a complaint on December 10, 2025 (Dkt. 1) against defendant MacDonald-Miller Facility Solutions, LLC ("MacDonald-Miller") alleging violations of the Clean Water Act, 33 U.S.C. § 1251, *et seq*., relating to discharges of stormwater and other pollutants from MacDonald-Miller's facility at or about 3701 South Norfolk Street, Seattle, WA 98118-5639 (the "Facility"), and any contiguous or adjacent properties owned or operated by MacDonald-Miller, to Norfolk Creek and the Duwamish River, and seeking declaratory and injunctive relief, civil penalties, and attorneys' fees and costs.



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

WHEREAS, Waste Action Project and MacDonald-Miller (the "Parties") agree that settlement of these matters is in the best interest of the Parties and the public, and that entry of this Consent Decree is the most appropriate means of resolving this action.

WHEREAS, the Parties stipulate to the entry of this Consent Decree without trial, adjudication, or admission of any issues of fact or law regarding Waste Action Project's claims or allegations set forth in its complaint and its sixty-day notice.

DATED this 25th day of September, 2026

MACDONALD-MILLER FACILITY SOLUTIONS LLC

By ______________________
Justin Steiner
Director of Legal Affairs

WASTE ACTION PROJECT

By ______________________
Greg Wingard
Executive Director

## II. ORDER AND DECREE

THIS MATTER came before the Court upon the Parties' Joint Motion for Entry of Consent Decree and the foregoing Stipulations of the Parties. Having considered the Stipulations and the promises set forth below, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. This Court has jurisdiction over the Parties and subject matter of this action.

2. Each signatory for the Parties certifies for that party that he or she is authorized to enter into the agreement set forth herein and to legally bind the party or parties, their successors in interest, and assigns of the Parties.

3. This Consent Decree applies to and binds the Parties and their successors and assigns.



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

4. This Consent Decree and any injunctive relief ordered within applies to the operation, oversight, or both by MacDonald-Miller of the Facility.

5. This Consent Decree is a full and complete settlement and release of all the claims in the complaint and the sixty-day notice and all other claims known or unknown existing as of the date of entry of the Consent Decree that could be asserted under the Clean Water Act, 33 U.S.C. §§ 1251-1387, arising from operation of the Facility (the "Claims"). Upon termination of this Consent Decree, these claims are released and dismissed with prejudice. MacDonald-Miller's payment of attorney's fees and litigation costs set forth in paragraph 9 of the Consent Decree will be in full and complete satisfaction of any claims Waste Action Project and Smith & Lowney, PLLC have or may have, either legal or equitable, known or unknown, and of any kind or nature whatsoever, for fees, expenses, and costs incurred with respect to the Claims. Enforcement of this Consent Decree is Waste Action Project's exclusive remedy for any violation of its terms.

6. This Consent Decree is a settlement of disputed facts and law. It is not an admission or adjudication regarding any allegations by Waste Action Project in this case or of any fact or conclusion of law related to those allegations, nor evidence of any wrongdoing or misconduct on the part of MacDonald-Miller or its contractors, customers, or other third parties. MacDonald-Miller agrees to the terms and conditions identified below in paragraphs 7-9 in full and complete satisfaction of the Claims.

7. Upon entry of the Consent Decree, MacDonald-Miller will implement the following injunctive relief:

a. MacDonald-Miller will adhere to the requirements of the Clean Water Act



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

at the Facility and the terms and conditions of the Industrial Stormwater General Permit ("ISGP") and any successor or modified versions of the ISGP.

b. MacDonald-Miller will copy Waste Action Project on all communications to Washington Department of Ecology ("Ecology") related to the Facility's compliance with the ISGP and forward all communications from Ecology related to the Facility's compliance with the ISGP. MacDonald-Miller will also provide Waste Action Project with written progress reports that explain MacDonald-Miller's efforts to comply with each provision of the Consent Decree in the prior quarter, on a quarterly basis for the life of the Consent Decree.

c. MacDonald-Miller has eliminated and will not recommence the outdoor washing of vehicles and equipment at the Facility.

d. No later than three months following entry of this Consent Decree, MacDonald-Miller will regrade the pavement in the area identified on MacDonald-Miller's Stormwater Pollution Prevention Plan ("SWPPP") site map as the "Material Storage/ Loading Area" (the "Area"), which is located in Subbasin A just north of the area identified as "Cart, Apple Crate Tool Storage for Shop," in order to eliminate standing water and direct stormwater from the Area to existing catch basin (CB-2A) which leads to MacDonald-Miller's stormwater treatment system. Thereafter, MacDonald-



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

Miller will inspect this area for standing water as part of its monthly visual inspections conducted in accordance with ISGP Condition S7 and will note the presence of any standing water on its inspection reports, copies of which MacDonald-Miller will provide to Waste Action Project on a quarterly basis. If any standing water is observed in the Area during the first year of the Consent Decree term, then, no later than one year and three months following entry of this Consent Decree, MacDonald-Miller will install a new catch basin to drain the Area to MacDonald-Miller's stormwater treatment system.

e. No later than the date of entry of this Consent Decree, MacDonald-Miller will install a rain gauge onsite with data collection showing site specific hourly and historic rainfall which MacDonald-Miller will use to confirm that it complies with storm event sampling criteria in ISGP Condition S4.B.1.c (requiring sample collection within the first 12 hours of a stormwater discharge event).

f. No later than the date of entry of this Consent Decree, MacDonald-Miller will install a flow gauge meter on its stormwater treatment system. MacDonald-Miller will thereafter confirm during routine inspections that the treatment system's flow rate does not exceed the treatment system's design capacity. MacDonald-Miller will also report the instantaneous flow rate on all discharge monitoring reports (DMRs) it submits to Ecology.



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

g. No later than the date of entry of this Consent Decree, MacDonald-Miller will scope all underground pipes connecting to and from its Basin C Lift Station. No later than three months following entry of this Consent Decree, MacDonald-Miller will cap the 4-inch riser in the Basin C Lift Station, and any pipes found not to be in use, and will update its SWPPP site map to accurately depict the origin, drainage destination, and drainage areas of each and every pipe in the Basin C Lift Station.

h. No later than thirty days following entry of this Consent Decree, MacDonald-Miller will either tie catch basin CB-E1 into Basin D so that it discharges to MacDonald-Miller's stormwater treatment system, or will establish CB-E1 as a new stormwater sampling location. No later than sixty days following entry of this Consent Decree, MacDonald-Miller will update the SWPPP and SWPPP site map accordingly.

i. Commencing upon entry of this Consent Decree, MacDonald-Miller will sample stormwater runoff from its sampling location Outfall D1 for all applicable pollutant parameters under the ISGP on a monthly basis until six monthly samples have been collected. MacDonald-Miller will report all monthly samples on its quarterly DMRs pursuant to ISGP requirements. MacDonald-Miller will comply with ISGP Condition S4.B.1.f concerning averaging multiple samples taken in the same calendar quarter to calculate benchmark exceedances that trigger ISGP corrective actions under ISGP



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

Condition S8.

j. As part of its monthly visual inspections conducted in accordance with ISGP Condition S7, MacDonald-Miller will inspect the sufficiency of the height of the curbs surrounding the southwest corner of the Facility to ensure that the curbing is tall enough to prevent the overflow and unmonitored offsite discharge of stormwater. MacDonald-Miller will report on its monthly visual inspection reports all observations concerning effectiveness of the curbs, including whether any stormwater overtops the curbs, and will provide copies of these reports to Wast Action Project along with quarterly progress reports. In the event MacDonald-Miller observes stormwater flowing over the curb in this location, MacDonald-Miller will raise the height of the curbing sufficient to prevent such overflow within 60 days of observing the overflow.

k. No later than three months following entry of this Consent Decree, MacDonald-Miller will determine the source of the white drainage pipe located at the southwest fenceline in Basin B, will inform Waste Action Project of its findings, and will disconnect it.

l. No less than two times per year, MacDonald-Miller will remove all organic debris from the trench drain and the catch basin at its loading dock. MacDonald-Miller will conduct the first cleaning no later than thirty days following entry of this Consent Decree.



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

m. MacDonald-Miller will regrade the filter media in its stormwater treatment system as part of Lean Environment's regular facilities inspection and maintenance activities under criteria and at a frequency determined by Lean Environment's engineer to ensure proper functioning of the treatment system. No later than 30 days following entry of this Consent Decree, MacDonald-Miller will update its Operations and Maintenance Manual and SWPPP to include a schedule for how often media will be regraded and the metrics Lean Environment will use to determine when to regrade, and will provide copies of both updated documents to Waste Action Project.

n. Within 30 days of entry of this Consent Decree, MacDonald-Miller will update its Stormwater Pollution Prevention Plan (SWPPP) as follows and provide Waste Action Project with a copy of the revised SWPPP:

   i. MacDonald-Miller will update the sampling plan to

      1. Remove the identification of any discharge location as "non-industrial";
      2. Identify which discharge locations go through the treatment system; and
      3. Provide justification for "substantially identical" discharge locations, if any.

   ii. MacDonald-Miller will update site maps as follows:

      1. Clarify and distinguish between the two lift stations



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

identified as "Basin C Lift Station;"

2. Correct the note indicating that discharge flows toward catch basin CB-6A, which does not exist; and

3. Identify which catch basins have filter inserts.

iii. MacDonald-Miller will identify the frequency for each and every Best Management Practice ("BMP") (e.g., "monthly," "weekly"; not "as needed.")

iv. MacDonald-Miller will update the SWPPP to include all BMPs and operational adjustments contained in this Consent Decree.

v. MacDonald-Miller agrees to provide a copy of the final updated SWPPP to Waste Action Project within 10 days of completion.

8. Payment for Environmentally Beneficial Project: Within thirty (30) days of entry of this Consent Decree by the Court, MacDonald-Miller will pay $387,500 (THREE HUNDRED EIGHTY SEVEN THOUSAND AND FIVE HUNDRED DOLLARS) to EarthCorps for project(s) benefitting the Green-Duwamish River watershed, as described in **Exhibit 1** to this Consent Decree. Payment will be made by check sent to EarthCorps, 6310 NE 74th Street, Suite 201E, Seattle WA 98115. Payment will include the following reference: "Consent Decree, Waste Action Project v. MacDonald-Miller W.D. Wash. No. 2:25-cv-02529-JNW." MacDonald-Miller will send a copy of the check to Waste Action Project and its counsel, pursuant to the notice provisions in paragraph 18.

9. Payment of Litigation Fees and Costs: Within thirty (30) days of entry of this



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

Consent Decree by the Court, MacDonald-Miller will pay $68,400 (SIXTY EIGHT THOUSAND AND FOUR HUNDRED DOLLARS) to Waste Action Project to cover Waste Action Project's litigation fees, expenses, and costs (including reasonable attorneys and expert witness fees) by check payable and mailed to Smith & Lowney, PLLC, 2317 East John St., Seattle, WA 98112, attn: Marc Zemel.

10. A force majeure event is any event outside the reasonable control of MacDonald-Miller that causes a delay in performing tasks required by this Consent Decree that cannot be cured by due diligence. Delay in performance of a task required by this Consent Decree caused by a force majeure event is not a failure to comply with the terms of this Consent Decree, provided that MacDonald-Miller timely notifies Waste Action Project of the event, the steps that MacDonald-Miller will take to perform the task, the projected time that will be needed to complete the task, and the measures that have been taken or will be taken to prevent or minimize any impacts to stormwater quality resulting from delay in completing the task.

11. MacDonald-Miller will notify Waste Action Project of the occurrence of a force majeure event as soon as reasonably possible but, in any case, no later than fifteen (15) days after MacDonald-Miller becomes aware of the event. In such event, the time for performance of the task will be extended for a reasonable period of time following the force majeure event.

By way of example and not limitation, force majeure events include:

a. Acts of God, war, insurrection, or civil disturbance;

c. Earthquakes, landslides, fire, floods;

d. Actions or inactions of third parties over which MacDonald-Miller has



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

no or limited control;

e. Restraint by court order or order of public authority; and

f. Strikes.

12. This Court retains jurisdiction over this matter, while this Consent Decree remains in force. While this Consent Decree remains in force, this case may be reopened without filing fees so that the Parties may apply to the Court for any further order that may be necessary to enforce compliance with this Consent Decree or to resolve any dispute regarding the terms or conditions of this Consent Decree. In the event of a dispute regarding implementation of, or compliance with, this Consent Decree, the Parties must first attempt to resolve the dispute by meeting to discuss the dispute and any suggested measures for resolving the dispute. Such a meeting will be held as soon as practical but must be held within thirty (30) days after notice of a request for such a meeting to the other Party and its counsel of record. If no resolution is reached at that meeting or within thirty (30) days of the Notice, either Party may file a motion with this Court to resolve the dispute. The provisions of section 505(d) of the Clean Water Act, 33 U.S.C. § 1365(d), regarding awards of costs of litigation (including reasonable attorney and expert witness fees) to any prevailing or substantially prevailing party, will apply to any additional court proceedings necessary to enforce the terms and conditions of this Consent Decree.

13. The Parties recognize that, pursuant to 33 U.S.C. § 1365(c)(3), no consent judgment can be entered in a Clean Water Act suit in which the United States is not a party prior to forty-five (45) days following the receipt of a copy of the proposed consent judgment by the U.S. Attorney General and the Administrator of the U.S. Environmental Protection Agency ("EPA"). Therefore,



SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

upon the filing of this Consent Decree by the parties, Waste Action Project will serve copies of it upon the Administrator of the U.S. EPA and the U.S. Attorney General.

14. This Consent Decree will take effect upon entry by this Court. The Consent Decree terminates two (2) years after that date, provided MacDonald-Miller is in compliance with the Consent Decree at that time.

15. Both Parties have participated in drafting this Consent Decree.

16. This Consent Decree constitutes the entire agreement between the Parties. There are no other or further agreements, either written or verbal. This Consent Decree may be modified only upon a writing signed by both Parties and the approval of the Court.

17. If for any reason the Court should decline to approve this Consent Decree in the form presented, this Consent Decree is voidable at the discretion of either Party. The Parties agree to continue negotiations in good faith to cure any objection raised by the Court to entry of this Consent Decree.

18. Notifications required by this Consent Decree must be in writing and via email. For a notice or other communication regarding this Consent Decree to be valid, it must be sent to the receiving Party at the one or more email addresses listed below or to any other address designated by the receiving Party in a notice in accordance with this paragraph.

**If to Waste Action Project**:

Greg Wingard
Waste Action Project
gregWAP@earthlink.net

**And to:**

Marc Zemel
Katelyn Kinn
Smith & Lowney PLLC
marc@smithandlowney.com
katelyn@smithandlowney.com

**If to MacDonald-Miller:**

McLean Webster
MacDonald-Miller Facility Solutions
17930 International Blvd., Ste. 120
Seatac, WA 98188
mclean.webster@macmiller.com

Justin Steiner
MacDonald-Miller Facility Solutions
17930 International Blvd., Ste. 120
Seatac, WA 98188
Justin.Steiner@macmiller.com

**And to:**

Erica Doctor
Vandeberg Johnson Gandara PS
1201 Pacific Ave., Ste. 1900
Tacoma, WA 98402
edoctor@vjglaw.com

Any party identified in the notice provisions above may affect a change in the notice address by providing a notice complying with these provisions to all other parties listed. A notice or other communication regarding this Consent Decree will be effective the day it is transmitted. An email is effective the day it is sent so long as it is sent by 5 pm and on a business day, or else it is effective the following business day.

DATED this 19th day of November, 2026.

HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

SMITH & LOWNEY, PLLC

By /s/Marc Zemel
Marc Zemel, WSBA #44325
By /s/Katelyn Kinn
Katelyn Kinn, WSBA #42686
*Attorneys for Plaintiff Waste Action Project*

VANDEBERG JOHNSON GANDARA PS

By /s/Erica A. Doctor
Erica A. Doctor, WSBA #43208
*Attorney for Defendant MacDonald-Miller Facility Solutions LLC*

# Exhibit 1

LOCAL RESTORATION EARTH CORPS GLOBAL LEADERSHIP

RE: Waste Action Project v. MacDonal Miller

To Whom It May Concern:

This letter is intended to provide assurance that I have received the Consent Decree between Waste Action Project and MacDonald Millerand that I am authorized by my Board of Directors to make the following binding commitments on behalf of EarthCorps:

1. I understand that EarthCorps should receive funds from MacDonald Miller as specified in the Consent Decree.
2. EarthCorps shall use the MacDonald Miller funds working with partners wholly dedicated to environmentally beneficial projects which benefit the water quality of the Green-Duwamish Watershed.
3. Due to the location of MacDonald Miller in the Green-Duwamish Watershed, in selecting projects, EarthCorps shall target the funds towards projects located in or benefitting the Green-Duwamish Watershed.
4. Furthermore, EarthCorps shall work with community partners to select projects that benefit not only the watershed, but also neighborhoods and communities impacted by environmental degradation in the area.
5. After funds have been disbursed, EarthCorps shall send a report to the Justice Department, the Court and the Parties describing how the funds were utilized and demonstrating conformance with the nexus of the Consent Decree.

EarthCorps is an environmental 501(c)3 nonprofit (Tax ID 91-1592017) organization dedicated to protecting and restoring local watershed lands. EarthCorps' mission is to develop leaders who strengthen community and restore the health of our environment. To fulfill this mission, EarthCorps raises money and secures funding to conduct the following activities:

- Implement habitat restoration and stewardship projects. Primary activities by EarthCorps have focused on invasive plant removal and installation of native plants and creation and stewardship of green stormwater infrastructure.
- Engage youth and community volunteers in hands-on stewardship.
- Train young adults for stewardship careers.
- Partner with government, nonprofit, and community organizations in carrying out our charitable purpose.
- EarthCorps does not support lobbying activities that are prohibited by Section 501(c)(3) of the IRS Code, and no portion of the MacDonald Miller funds shall be used to support any political lobbying activities whatsoever.

EarthCorps is governed by a Board of Directors. EarthCorps is committed to sound fiscal management. EarthCorps contracts with an independent certified public accounting firm to



6310 NE 74th Street, Suite 201E Seattle, WA 98115 *phone* 206.322.9296 *fax* 206.322.9312 *www.earthcorps.org*

conduct an audit annually. Please do not hesitate to contact me with questions or for additional information.

Sincerely,

Christine Tang (*she/her*)
Executive Director
christine@earthcorps.org
206-209-2587